Núm. 8360.—Toscano et al., apldos. apltes. *v.* Pomales, apldo. aplte.—C. D Guayama. Enero 21, 1942.
(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, el demandado apelante apelado en este caso solicita que se desestime el recurso de apelación interpuesto por los deman-

dantes apelados apelantes, alegando que habiéndose dictado y notificado la sentencia el 17 de febrero de 1941, y radicado una moción de reconsideración por los demandantes el 20 del mismo mes y año, que fué rechazada de plano el 26 de febrero de 1941, la apelación interpuesta el 26 de marzo de 1941 lo había sido fuera de tiempo;

POR CUANTO, no se dice en la moción de desestimación ni ello aparece tampoco del legajo, la fecha en que la notificación de la sentencia quedó archivada en la corte de distrito de donde este caso procede;

POR TANTO, siguiendo la regla sentada en el caso de *Rodríguez* v. *Ell Tee*, 56 D.P.R. 958, se declara sin lugar la moción de desestimación, sin perjuicio del derecho que el demandado apelante apelado pueda tener a solicitar nuevamente la desestimación si el recurso realmente ha sido interpuesto fuera de término.

El Juez Asociado Sr. Travieso no intervino.